# EXHIBIT A

600 Coon Rapids Blvd
Coon Rapids, MN 55433

**Mail To:**
PO Box 32145
Fridley MN 55432

**DIVERSIFIED**
ADJUSTMENT SERVICE, INC.
*The Collection Specialists*

Local: 763-780-1042
Toll Free: 1-844-379-5289

Office Hours: Monday thru Thursday 8 A.M. to 8 P.M., Friday 8 A.M. to 5:00 P.M. CST

SEPTEMBER 18, 2021

Creditor Name: SPRINT
Client Ref #:
Account #:
Balance Due: $ 528.59

Your account has been placed with us for collection.

Recognizing you may have gone through some financial difficulty and have been unable to satisfy this account, we would like to offer you a **positive and flexible option** to resolve your account for 80% of the current balance.

If we receive payment of $ 422.87, we will consider the account balance settled in full! After payment of the settlement amount any remaining balance on this account is marked as uncollectable. No further collection action will occur.

**Important Federal Law:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

AN ACCOUNT REPRESENTATIVE

To pay your bill by credit card or phone check call: 1-844-379-5289.
Pay online at: www.diversifiedadjustment.com
Maximum state allowed service charge on all returned checks.
This is a communication from a debt collector attempting to collect a debt.
Any information obtained will be used for that purpose.



**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

556CU053000N180SIF
110494572

***Detach and Return the Bottom Portion of this Notice with Your Payment***



PO Box 32145
Fridley MN 55432-0145

ADDRESS SERVICE REQUESTED

Creditor Name: SPRINT
Client Ref #:
Balance Due: $ 528.59

Please include account number ▇▇▇ on your check.

SEPTEMBER 18, 2021
1-844-379-5289

Elaine Valles

Please send all payments to:

Diversified Adjustment Service, Inc.
PO Box 32145
Fridley MN 55432-0145