UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELAINE VALLES, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.                          Case No:  2:22-cv-26-JES-NPM

DIVERSIFIED ADJUSTMENT
SERVICE, INC.,

    Defendant.

**ORDER**

On February 8, 2022, the Court entered an Order (Doc. #8) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of April 2022.

                                                          JOHN E. STEELE
                                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record